UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0264--CV (JWS)
"JOHN MITCHELL V USA ET AL"

Including terminated parties, excluding terminated counsel

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 11/09/05
Closed: NO

Jurisdiction: (2) U.S. Defendant
PLF Diversity:
DEF Diversity:

Nature of Suit: (442) Jobs
29:633A & 29:2601
Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $250.00 on 11/09/05 receipt # 00127051
Trial by: Jury

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MITCHELL, JOHN | Joseph P. Josephson<br>Josephson & Associates PC<br>912 W. 6th Avenue<br>Anchorage, AK 99501<br>907-276-0151<br>FAX 907-276-0155 |
| DEF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 2.1 | U.S. DEPT OF DEFENSE | No counsel found for this party! |
| DEF 3.1 | U.S. DEPT OF ARMY | No counsel found for this party! |
| DEF 4.1 | DUNN, DENNIS | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0264--CV (JWS)
                 "JOHN MITCHELL V USA ET AL"

                    For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 11/09/05
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (442) Jobs
                  29:633A & 29:2601
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 11/09/05 receipt # 00127051
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 -  1 | 11/09/05 | Complaint filed w/att exhs; Summons issued. |
| 2 -  1 | 11/09/05 | PLF 1 Jury Demand. |