DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al*.<br><br>            Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.    **Meeting**. In accordance with F.R.Civ.P. 26(f), a telephonic conference was

held on February 3, 2006, and was attended by:

> Joe P. Josephson, attorney for the Plaintiff.

> Richard L. Pomeroy, attorney for the Defendants.

The parties recommend the following:

2.  **Pretrial Motions**.

Defendant has raised jurisdictional defenses to the causes of action raised by Plaintiff. The parties propose that Defendants shall file a motion for summary judgment no later than March 10, 2006. The Court's ruling on that motion will either completely resolve the case or narrow the scope of the issues for later determination at trial.

If the Court's ruling on the summary judgment motion does not completely resolve this case, the parties would file a scheduling and planning report 21 days after the court issues its order on the summary judgment motion.

The parties anticipate that this approach is the most efficient for the parties and the Court.

| | |
|---|---|
| Dated: February 14, 2006 | JOSEPHSON & ASSOCIATES, PC |
| | s/Joe P. Josephson (consent)<br>Attorney for Plaintiff |
| Dated: February 14, 2006 | DEBORAH M. SMITH<br>ACTING UNITED STATES ATTORNEY |
| | s/Richard L. Pomeroy<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: richard.pomeroy@usdoj.gov<br>AK #8906031 |

2

MITCHELL v. USA, et al.
Case No. 3:05-cv-00264-JWS