DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>       Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    Defendants, through counsel, move for a one day extension of time to file their Motion for Summary Judgment.  The Motion for Summary Judgment is currently due March 10, 2006 and Defendants request until March 13, 2006 to file their Motion for Summary Judgment.  Plaintiff's reply shall be due April 5, 2006.

Respectfully requested this 10th day of March, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006,
a copy of the foregoing UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT
was served electronically on Joe P. Josephson, Esq.

s/ Richard L. Pomeroy

Mitchell v. USA, et al.
Case No. 3:05-cv-00264-JWS

2