IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**[PROPOSED] ORDER** |

Defendants' motion for extension of time is GRANTED. Defendants shall have until March 13, 2006 to file their Motion for Summary Judgment. Plaintiff's reply shall be due April 5, 2006.

Dated this _____ day of March, 2006.

_____
John W. Sedwick
U.S. District Court Judge