IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**ORDER** |

　　Defendants' motion for extension of time is **GRANTED**.  Defendants shall have until March 13, 2006 to file their Motion for Summary Judgment.  Plaintiff's reply shall be due April 5, 2006.

　　Dated this 10th day of March, 2006.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　U.S. District Court Judge