IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**[PROPOSED] ORDER** |

　　　The United States of America's Motion to Substitute and to Amend Complaint is hereby GRANTED. The United States is hereby substituted for Dennis Dunn as to Counts E, G and H. Defendant Dunn is dismissed as a party.

　　　Dated this _____ day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge