**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION Josephson & Associates | 2. DATE (YYYYMMDD) 20050713 | 3. TIME 1200 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME Mitchell John Robert | 6. SSN 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 | | 7. GRADE/STATUS CIV |
| 8. ORGANIZATION OR ADDRESS  912 West 6th Ave, Anchorage AK 99501 | | | |

9. I, John R. Mitchell, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Q: Why do you believe you were incorrectly reported as AWOL?

A. I January my AWOL does not have merit because the FT Richardson Occupational Nurse Ms. Carryer and my supervisor Mr. Moore had a 3 way conversation with me and the outcome was that I was to be on bed rest until Monday. When I returned to work I would bring a doctors note to account for my time. I did this and found that I had been reported AWOL. See letter from Ms. Carryer.

After my heart episode I e-mailed Ms. Carryer my Family Medical Leave Act paperwork as well as had my attorney Mr. McDonnal send her a copy.

Q: What was your understanding of how to process the FMLA?

Basically, I would turn the paperwork in and I would be informed if the papework was denied. I never heard it was denied so I assumed it was approved. I had turned the paperwork into Ms. Carryer and it was to be processed IAW her protocol.

Q: What constituted the "illegal order"?

I was given an order to show up in person prior to the start of shift and Mr. Dunn was to then determine if I was ill.

Q: How and when did you file an EEO complaint in January 05?

I wrote a letter to Mr. Martinez as per BG Hirai request. In my letter I expressed a desire to file a formal EEO complaint. I also e-mailed a copy of my request to BG Hirai and Col. Keoyo the USNRAK Chief of Staff. ~~This~~ JKM I never heard anything from my e-mail request. This request was sent by me around the middle of January 05.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT JKM | PAGE 1 OF 3 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER

DA FORM 2823, DEC 1998    DA FORM 2323, JUL 72, IS OBSOLETE    USAPA V1.00

STATEMENT OF __Mr. Mitchell__ TAKEN AT __Anchorage__ DATED __13 Jul 05__

9. STATEMENT (Continued)

NOT USED

JRM

---

AFFIDAVIT

I, __John R. Mitchell__, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __2__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_(Signature of Person Making Statement)_

WITNESSES:

Joseph P. Josephson
Josephson + Associates, P.C.
912 W. 6th Ave., Anchorage, AK 99501
ORGANIZATION OR ADDRESS

___
___
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this __13th__ day of __July__, __2005__ at __Law Offices of Josephson FAG__.

_(Signature of Person Administering Oath)_

David L. Shutt
_(Typed Name of Person Administering Oath)_

CCL, US Army, Invest Officer
_(Authority To Administer Oaths)_

INITIALS OF PERSON MAKING STATEMENT __JRM__

PAGE __3__ OF __3__ PAGES

PAGE 3, DA FORM 2823, DEC 1998    USAPA V1.00

## David and Alice Moore

| | |
|---|---|
| **From:** | "John R. Mitchell" <mitchelj@mtaonline.net> |
| **To:** | "Willian F. Bennyhoff" <Willian.Bennyhoff@elmendorf.af.mil>; "William F. Bennyhoff" <William.Bennyhoff@elmendorf.af.mil>; "VFW Post 9785" <vfw9785@mtaonline.net>; "Tony Erne" <erne@gci.net>; "SGM Rubin L. Cavazos" <ruben.loredo.cavazos@us.army.mil>; "SGM Robert L. Hockstedler" <robert.hockstedler@us.army.mil>; "Sandra Martinez" <sandra.martinez@us.army.mil>; "Ruben L SGM USARPAC IG Cavazos" <ruben.loredo.cavazos@us.army.mil>; "robert.hockstedler" <robert.hockstedler@us.army.mil>; "Paul Reoyo" <paul.reoyo@us.army.mil>; "Moore David A USARAK G-3 EA CNTRLR" <david.moore32@us.army.mil>; "Marlyn Seneviratne" <marlyn.seneviratne@us.army.mil>; "Loretta H. Fliming" <loretta.fleming@us.army.mil>; "Kerry. BRENNAN@hpa. org. uk" <Kerry.BRENNAN@hpa.org.uk>; "James T. Hirai" <james.hirai@us.army.mil>; "Harris" <vickie.harris1@us.army.mil>; "Elizabeth Carryer" <elizabeth.carryer@richardson.army.mil>; "Dennis Dunn" <dennis.dunn@us.army.mil>; "David A. Moore" <davidandalice@gci.net> |
| **Sent:** | Wednesday, June 01, 2005 3:28 PM |
| **Attach:** | home_page.htm; Maj Bilafer June 1, 2005.doc |
| **Subject:** | [Norton AntiSpam] Emailing: homepage; Can you forward this to Major Bilafer |

Dear General Hirai,

I really do not think that you believe I am serious about getting you to get control of your command. I have discovered a new hobby called blogging and have made you the center piece of my site. You obviously did not understand my last letter to you and Major Bilafer has decided not to respond to my last letter to him. So I have decided to go public. It will do no good for me to go to FT. Wainwright and file an EEO complaint as I already have filed one here as per your initial instructions with Ms. Martinez that Mr. and Ms. Pressley decided to stop with Colonel Reoyos help. Giving Mr. Pressley time to perform a CYA operation.

Check out the home page below. I think you will find it very interesting. Like I told you before no more lies or excuses. Either you are in command or you are not. Obviously you are not. Hope you and the press have fun. I have enclosed a letter to Major Bilafer can you see he gets it. The troops at FT. Richardson are giving my site rave reviews even though I am not finished with it and I still have a lot of bugs to work out. They are also giving me some great information about other areas that are out of control within your command. I will be placing in a section called other problems Troops in USARAK are having.

Well I have to go. I hope you have as much fun with my blog as I am having writing it. Remember, you lied to me by telling me to go to Ms. Martinez and Colonel Reoyo lied to a Senator and a Representative. I am passing this information to all members of Congress. A Blog is so much more efficient and cheaper than making CD's and sending them out.

Respectfully,

John R. Mitchell

P.S. I am not going away.



DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT AGENCY
HEADQUARTERS, U.S. ARMY GARRISON, ALASKA
724 POSTAL SERVICE LOOP #6000
FORT RICHARDSON, ALASKA 99505-6000

REPLY TO
ATTENTION OF:

March 21, 2005

Equal Employment Opportunity Office

Mr. John R. Mitchell
P.O. Box 771765
Eagle River, AK 99577

Dear Mr. Mitchell:

In reference to your Fredom of Information Act (FOIA) Request, Control Number FA-05-0009, for a copy of all information pertaining an EEO Complaint you filed with Ms. Sandra Martinez on Monday, January 17, 2005 electronically along with all pertinent notes, emails, letters, or other documents or recordings.

This office, specifically Ms. Sandra Martinez, did not receive an informal EEO pre-complaint from you electronically or otherwise on January 17, 2005 or during this fiscal year.

If you wish to file an EEO informal pre-complaint of discrimination with this office, you may call me at 384-2080 to schedule an appointment.

Sincerely,

*Wanita M. Pressley*

WANITA M. PRESSLEY
Acting, Equal Employment Manager

### Shutt David L COL USARAK G7 Director

| | |
|---|---|
| From: | Tillmon Clifton WO1 59 SIG BN |
| Sent: | Thursday, July 14, 2005 7:13 AM |
| To: | Shutt David L COL USARAK G7 Director; Miller Gerald H LTC 59 SIG BN CDR |
| Cc: | Keel Daniel J CPT 59 SIG BN AKNOC OIC |
| Subject: | RE: email search |
| Importance: | High |
| Attachments: | Email Research; Follow-up Questions |

Sirs,

I reviewed Ms. Sandra Martinez account this morning and found no email messages from John R. Mitchell in her "Inbox". For the record, there are no e-mail messages prior to 8 Feb 05 contained in her "Inbox" and the "Sent Items" folder which had no history of outgoing messages from 29 Oct 04 - 31 Jan 05. All known mail addresses for Mr. Mitchell were used in the search.

v/r

WO1 TILLMON


**From:** Shutt David L COL USARAK G7 Director
**Sent:** Wednesday, July 13, 2005 4:41 PM
**To:** Keel Daniel J CPT 59 SIG BN AKNOC OIC
**Cc:** Tillmon Clifton WO1 59 SIG BN; Miller Gerald H LTC 59 SIG BN CDR; Santerre Elyce (Lisa) Chief, Civil Law OSJA
**Subject:** email search
**Importance:** High

Guys...the document provided to me from Mr. Mitchell reads:

From:  John R. Mitchell (blacked out)...it appears to be something .net however
Sent:  Monday, January 17, 2005 6:29 PM
To:  Sandra Martinez
Cc:  James T. Hirai; Paul Reoyo
Subject:  EEO Complaint

There are three attachments.

Sorry I can't read the address----but this ought to be enough data.

Thanks.

7/14/2005