IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF DEFENSE,<br>DEPARTMENT OF THE ARMY, and<br>DENNIS DUNN,<br>    Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-264 CV<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION

1. I, Mae Marsh, declare as follows:

2. I am the Equal Employment Manager for the U.S. Army Alaska. I am ultimately responsible for the receipt and processing of Equal Employment Opportunity ("EEO") complaints lodged by civilian employees of member organizations of the U.S. Army Alaska. I assumed this position on February 7, 2005.

3. Mr. John Mitchell is the plaintiff in the above captioned case. My office has no record of receiving his alleged January 2005 informal complaint of age, disability, or retaliation discrimination. EEO office records indicate that no complaints were filed by Mr. John Mitchell with the USAG-AK EEO offices at Fort Richardson and Fort Wainwright in the year 2005.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. § 1746).

Executed on: 27 Feb 06

                                                Mae Marsh,
                                                EEO Manager
                                                Fort Wainwright, AK