Joe P. Josephson, Esq.,
Josephson & Associates, P. C.,
912 West Sixth Avenue,
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Email:  jjosephson@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
JOHN MITCHELL,          )
                        )
     Plaintiff,         )
                        )
  V.                    )
                        )
UNITED STATES OF        )
AMERICA, et al.,        )
                        )
          Defendants.   )      Case No. 3:05-cv-00264-JWS
_____)

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, by and through Joe P. Josephson, Alaska Bar No. 6102018, his attorney, respectfully moves to extend the time within which plaintiff's opposition to the defendants' pending motion for summary judgment may be served and filed (from Wednesday, April 5, 2006, to Monday, April 10, 2006).

This motion is unopposed, in that the defendants' attorney of record, Assistant United States Attorney Richard Pomeroy, has authorized the undersigned to inform the court that the defendants do not oppose entry of an order granting this

Unopposed Motion for Extension of Time
Mitchell v. USA, et al.
Case No. 3:05-cv-264-JWS
Page 1 of 2

motion.

This motion has been necessitated by unanticipated client emergencies which have required the attention of the undersigned, including an unforeseeable and unscheduled court appearance on Saturday, April 1.

DATED April 5, 2006, at Anchorage, Alaska.

                              Respectfully Submitted:

                              /s/ Joe P. Josephson
                              Joe P. Josephson
                              Alaska Bar No. 6102018
                              Attorney for Plaintiff
                              912 W. 6th Ave.,
                              Anchorage, Alaska  99501
                              Facsimile (907) 276-0151
                              Telephone (907) 276-0155
                              Email: jjosephson@aol.com

**ORDER**

Upon the foregoing unopposed motion, it is so ORDERED.

Done at Anchorage, Alaska, this ____ day of April, 2006.

                              _____
                              United States District Judge

Certificate of Service:

I hereby certify that on April 5, 2006
A copy of the foregoing was served
Electronically on Richard L. Pomeroy

/s/ Joe P. Josephson
Attorney for Plaintiff

Unopposed Motion for Extension of Time
Mitchell v. USA, et al.
Case No. 3:05-cv-264-JWS
Page 2 of 2