DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

    Defendants, through counsel, move for a two day extension of time to file a reply to the opposition filed by Plaintiff to Defendants' motion for summary judgment.  The Reply is currently due April 17, 2006 and Defendants request until April 19, 2006 to file the reply.

    Plaintiff's counsel has indicated that he does not oppose this requested extension of time.

Respectfully requested this 17th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2006,
a copy of the foregoing UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
REPLY was served electronically
on Joe P. Josephson, Esq.

s/ Richard L. Pomeroy

Mitchell v. USA, et al.
Case No. 3:05-cv-00264-JWS