IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**[PROPOSED] ORDER** |

　　Defendants' motion for extension of time to file a reply to the opposition filed by Plaintiff to Defendants' motion for summary judgment is GRANTED. Defendants shall have until April 19, 2006 to file their reply.

　　Dated this _____ day of April, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　U.S. District Court Judge