# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*JOHN MITCHELL*                    v.    *UNITED STATES OF AMERICA, et al.*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:05-cv-00264 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  April 18, 2006

───────────────────────────────────────────────────────────────

Plaintiff's unopposed motion at docket 11 to extend time to file opposition until April 10, 2006, is **GRANTED**.

─────────────────