IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**ORDER** |

    Defendants' motion for extension of time to file a reply to the opposition filed by Plaintiff to Defendants' motion for summary judgment is **GRANTED**. Defendants shall have until **April 19, 2006** to file their reply.

    Dated this 19th day of April, 2006.

                                                /s/
                                                John W. Sedwick
                                                U.S. District Court Judge