MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*JOHN MITCHELL*      v.   *UNITED STATES OF AMERICA, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO.  3:05-cv-00264 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  April 25, 2006

The motion at docket 9 is **GRANTED** as follows:  The United States is hereby substituted for Dennis Dunn as the defendant as to Counts E, G, and H.  Dennis Dunn is dismissed as a party.