Joe P. Josephson, Esq.,
Josephson & Associates, P. C.,
912 West Sixth Avenue,
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Attorney for Plaintiff
   John Mitchell
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
JOHN MITCHELL,        )
                      )
     Plaintiff,       )
                      )
   V.                 )
                      )
UNITED STATES OF      )
AMERICA, et al.,      )
                      )
     Defendants.      )     Case No. 3:05-cv-00264-jws
_____)

**REPORT OF COUNSEL REGARDING STATUS REPORT**

   The undersigned, attorney for plaintiff, John Mitchell, and Richard Pomeroy, Esq., Assistant United States Attorney, attorney for defendants, conferred via telephone today, August 16, 2006.

   Subject to court approval, it was agreed by both counsel, on behalf of the parties, that a status report should be filed on Wednesday, August 23, 2006.  Meanwhile (on Sunday, August 20, 2006), plaintiff and the undersigned will meet, and on Monday, August 21, or Tuesday, August 22, counsel for the

parties will re-confer with respect to case status, including the possibilities for resolving this action with or without mediation, further motion practice, and other matters, and will thereupon prepare and submit a status report.

DATED at Anchorage, Alaska, this 18th day of August, 2006.

/s/ Joe P. Josephson
Joe P. Josephson
Alaska Bar No. 6102018
Josephson & Associates, P. C.
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Email: jjosephson@aol.com
Attorney for John Mitchell

Certificate of Service:

Certificate of Service:

I hereby certify that on April 18, 2006
A copy of the foregoing was served
Electronically on Richard L. Pomeroy

/s/ Joe P. Josephson
Attorney for Plaintiff