NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**STATUS REPORT and REQUEST FOR BRIEFING SCHEDULE** |

　　　The parties have informally discussed resolution of this case, but such discussions have not been fruitful.

　　　Accordingly, the parties requests the following briefing schedule to address Mr. Mitchell's remaining ADEA claim.  Defendant's motion for summary judgment is to be filed on or before November 21, 2006.  Plaintiff's opposition is to be filed on or before December 20, 2006.  Defendant's reply is to be filed on or before January 4, 2007.

Respectfully requested this 30th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, a copy of the foregoing Status Report and Request for Briefing Schedule was served electronically on Joe P. Josephson, Esq.

s/ Richard L. Pomeroy

STATUS REPORT
Mitchell v. USA, et al.
Case No. 3:05-cv-00264-JWS

2