MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*JOHN MITCHELL*            v.    *UNITED STATES OF AMERICA, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO.  3:05-cv-00264 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  October 31, 2006

    The status report at docket 22 has been reviewed and the proposed briefing schedule is **APPROVED** as follows:

    1.  Defendant's motion for summary judgment shall be filed by **November 21, 2006.**

    2.  Plaintiff's response shall be filed by **December 20, 2006.**

    3.  Defendant may file a reply on or before **January 4, 2007.**