# Position Description

**PD#:** EV123986  **Replaces PD#:**
**Sequence#:** VARIES

## EMERGENCY ACTIONS ASSISTANT

### GS-0303-05

**Installation:** FORT RICHARDSON, AK    **Major Command:** VARIES
**Region:** PACIFIC

**Citation 1:** OPM PCS MISC CLERK & ASST SERIES, GS-303, NOV 79
**Citation 2:** OPM GLG / CLERICAL & ASST WORK, JUN 89
**PD Library PD:** NO
**COREDOC PD:** NO

**Classified By:** SARAHANN PEASE
**Classified Date:** 01/27/2002

| | | |
|---|---|---|
| **FLSA:** NON-EXEMPT | **Drug Test Required:** VARIES | **DCIPS PD:** NO |
| **Career Program:** 00 | **Financial Disclosure Required:** NO | **Acquisition Position:** NO |
| **Functional Code:** 00 | **Requires Access to Firearms:** VARIES | **Interdisciplinary:** NO |
| **Competitive Area:** VARIES | **Position Sensitivity:** VARIES | **Target Grade/FPL:** 05 |
| **Competitive Level:** VARIES | **Emergency Essential:** VARIES | **Career Ladder PD:** NO |
| **Bus Code:** VARIES | | |

**PD Status:** VERIFIED

**Duties:**

SUPERVISORY CONTROLS

The Emergency Action Controller determines overall objectives, establishes priorities, and allocates resources available. Employee works under general supervision. Employee uses their initiative in adjusting priorities when unable to

Exhibit D

communicate with supervisor. Guidelines are extensive and comprehensive. Plans and carries out the work and resolves most conflicts through use of the guidelines, with the supervisor to refer to in unusual situations. The employee keeps the supervisor informed about progress. Finished work is reviewed from an overall standpoint of compliance with regulations and established objectives.

MAJOR DUTIES:

Serves as the Emergency Actions Assistant assigned to the USARAK Command Operations Center (UCC), responsible for the implementation of established policy of the Installation Emergency Action Program (EAP), and Communication Security (COMSEC). The incumbent administers the Emergency Action Program and Communication Security System by executing those procedures pertaining to programs to protect information, personnel, equipment, and materials from unauthorized disclosure, assault, sabotage, fraud, and theft. Incumbent participates in JCS USPACOM, HQDA, and local command and control exercises and real world operations.

1. Serious Incident Reporting 30%

During shift operations the incumbent is responsible for receiving, editing, and properly disseminating Serious Incident Reports (SIRs)/Incident Reports (IRs) IAW applicable regulations and local Standing Operating Procedures (SOPs). Incumbent ensures that all SIRs/IRs are logged and notification procedures are complete and adheres to applicable regulations and SOPs. Incumbent considers the severity of the incident reported, whether or not the incident is reportable, and the degree of Army interest and involvement. Ensures submission of applicable information is not delayed and pertinent information is complete. Incumbent ensures that all SIRs/IRs are followed up until final reports have been submitted and logged.

2. Emergency Action Procedures (EAPs) 30%

During tour of duty, incumbent will follows established procedures for receipt, timely handling, and expeditious response to all Emergency Action Messages (EAMs). Ensures only properly cleared, trained, and certified personnel have access to clear text emergency action messages. Participates in EA tests and exercises conducted by higher headquarters. Follows established checklists and ensures all pertinent information is properly logged IAW established applicable guidelines, regulations and local SOPs.

3. Daily Shift Inventory 40%

Incumbent conducts daily shift inventory of sensitive equipment/items maintained in the IOC, operates the Global Command Control System, maintains the DSN and secure communications system for the United States Army Alaska (USARAK) Commander and his staff, receives and relays time critical messages, monitors and maintains intercom system, receives and logs reports, conducts communications checks with higher and subordinate units, operates the IOC telephone systems, participates in the IOC's Emergency Evacuation and Emergency Destruction procedures (EE/ED), and receives and takes appropriate actions on fire buckets, hot loops, DRB/OSB procedures, MAST missions, and weather related incidents. Ensures all applicable forms are filled and accountable

Exhibit D

with local SOPs. Applies working knowledge of Microsoft Word, Power Point, and Excel in performance of assigned duties.

Performs other duties as assigned.

CONDITION OF EMPLOYMENT:

The employee is required to obtain and maintain a SECRET clearance.

Employee must pass the Emergency Action certification exam

Work is shift in nature and requires weekend, holiday, and night duty.

**Evaluation:**

Not Listed

Exhibit D