**David and Alice Moore**

From: "David and Alice Moore" <█████████>
To: <dennis.dunn@richardson.army.mil>
Sent: Tuesday, February 08, 2005 8:40 AM
Attach: Doctors Stay Home Note.doc; ICU Stay Home Note.doc
Subject: Fw: [Norton AntiSpam] Medical Notes

----- Original Message -----
From: "John R. Mitchell" <█████████>
To: "David A. Moore" <█████████>
Sent: Saturday, February 05, 2005 11:57 PM
Subject: [Norton AntiSpam] Medical Notes

> Dave,
>
> I have been ordered by my doctor to stay out of work and get rest until
> they
> have been able to determine the cause of my recent medical problem. I am
> not to return to work as per the enclosed notes until the doctor deems it
> advisable. I will not be taking any phone calls or visits except from
> family, medical personnel, and my legal advisor. This is because I am not
> to be stressed in any way.
>
> Upon legal advice Robin will not be entering FT Richardson or telephoning
> anyone at the Command Center. I will keep you abreast of what is going on
> via e-mail or my attorney.
>
> Due to the multiple medications that I am taking I am unable to operate a
> vehicle and since Robin will not enter the post my truck will be in the
> parking lot until I am able to drive safely. I have been informed that
> had
> this incident occurred while driving I could have placed both myself and
> other at risk.
>
> Here is two notes one from Dr. Moffett from the Elmendorf ICU telling me
> not
> to return to work until 9 Feb 2005. The other note is from my primary
> care
> physician who is now responsible for my medical care. There are no dates
> on
> this letter because he is requesting more medical test that he is not sure
> when they will be completed and he does not want me to be under any stress
> until all the medical test and consultations are completed.
>
> I will let you know as soon as there is a change in my status.
>
> I am cc'ing a copy of these medical notes to the FT Richardson
> Occupational

6/28/2005

Exhibit G

> Nurse and she will be kept in the loop. If she has any questions she is
> welcomed to call my home and speak to Robin.
>
> A note to the Occupational Nurse. Please feel free to give Robin a call
> at
> my home 688-7610. I wish to keep you informed of my status so I can have
> a
> health care professional explain to my status to Operations Manager of the
> Command Center as he is incapable of understanding the last doctors note
> on
> his own. Also, please inform Mr. Dunn that I am covered by HEPA.
>
>
>
>

6/28/2005

Exhibit G