## John R. Mitchell

| | |
|---|---|
| **From:** | John R. Mitchell [mitchelj@mtaonline.net] |
| **Sent:** | Monday, January 17, 2005 6:29 PM |
| **To:** | Sandra Martinez |
| **Cc:** | James T. Hirai; Paul Reoyo |
| **Subject:** | EEO Complaint |

  

Letter dtd 12 Jan 05.doc    MS. Martinez.doc    100 Percent Disability Letter....

Dear Ms. Martinez,

I have attached an EEO Complaint to you.  I sincerely apologize for not sending it to you before General Hirai advised me to do so but I never considered this an EEO Complaint.  I can easily be reached at this e-mail address or at my home (907)-688-7610 on Mondays and Tuesdays as I do not want to speak of this at work.  I am already catching enough heat.

Respectfully,

John R. Mitchell

EXHIBIT 1
PAGE 1 of 1

1