**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr Robert Miller
   USARAK Deputy Dir G-3
   742 Postal Service Loop #6300
   Ft Richardson AK 99505

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _[signature]_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kirkland Elging    C. Date of Delivery: 7 Jan 05
D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 6885 2632

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr Malcolm Pressley
   USARAK G-3 Chief (Rear Ops)
   742 Postal Loop #6300
   Ft Richardson AK 99505

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _[signature]_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kirkland Elging    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 6885 2656

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dennis J Dunn
   USARAK G-3 Current Ops
   742 Postal Service Loop
   Ft Richardson Alaska 99505

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _[signature]_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kirkland Elging    C. Date of Delivery: 7 Jan 05
D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 6885 2700

PS Form 3811, February 2004    Domestic Return Receipt

EXHIBIT 4
PAGE 1 of 3

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BG Thomas Katkus
USARAK Commander
742 Postal Loop #0300
Ft Richardson AK 99505

COMPLETE THIS SECTION ON DELIVERY

A. Signature — [illegible] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 2260 0002 6885 1093

PS Form 3811, February 2004   Domestic Return Receipt

**Receipt 2:**

1. Article Addressed to:

Col Paul Bontia
USARAK Chief of Staff
742 Postal Service Loop 0300
Ft Rich AK 99505

A. Signature — [illegible]
B. Received by (Printed Name): [illegible]   C. Date of Delivery

3. Service Type: ☒ Certified Mail

2. Article Number: 7003 2260 0002 6885 [illegible]

PS Form 3811, February 2004   Domestic Return Receipt

**Receipt 3:**

1. Article Addressed to:

Col Jeffrey McClean
USARAK G-3
742 Postal Service Loop 6300
Ft Richardson AK 99505

A. Signature — [illegible]
B. Received by (Printed Name): Kirkland Ebrig   C. Date of Delivery: Jan 05

3. Service Type: ☒ Certified Mail

2. Article Number: 7003 2260 0002 6885 0133

PS Form 3811, February 2004   Domestic Return Receipt

EXHIBIT 4
PAGE 2 of 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: *Saya Verble* ☐ Agent ☐ Addressee
B. Received by (Printed Name): SARA VERBLE   C. Date of Delivery: 1/6/05
D. Is delivery address different from item 1? ☐ Yes  ☑ No

1. Article Addressed to:
Office of Senator Ted Stevens
222 West 7th Avenue #2
Anchorage, AK 99513-
7569

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 2260 0002 6885 7670

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]   C. Date of Delivery: 1/6/05
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:
Office of Senator Lisa Murkowski
Peterson Tower Bldg
510 L Street Ste 550
Anchorage, AK 99501

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 2260 0002 6885 2687

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]   C. Date of Delivery: 1-6
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:
Office of Congressman
Don Young
510 L Street Ste 580
Anchorage, AK 99501

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 2260 0002 6885 2694

PS Form 3811, February 2004    Domestic Return Receipt

EXHIBIT 4
PAGE 3 of 3