**Kirk T. Moss, MD., P.C.**
11432 Business Blvd. Eagle River, AK. 99577
phone (907) 694-1300 fax (907) 694-1315

Date seen: _1.24.05_

Patient Name: _John Mitchell_

Employer: _____

## WORK STATUS

_____ May resume REGULAR work activities immediately.

_____ May resume MODIFIED work activities immediately.

__✓__ Temporarily unable to resume any work activities because such activity could place him/her or co-workers at risk.

The period of disability: FROM _1.24.05_ TO _1.31.05_

To be determined by referral doctor: _____

May resume REGULAR activity on: _____

May resume MODIFIED activity on: _____

_____ Presently unable to determined work date.

## WORK LIMITATIONS

_____ Lifting, pushing, pulling not to exceed _____ pounds.

_____ Bending or twisting not to exceed _____ times per hour.

_____ Sitting job only.   _____ No climbing or overhead work.

_____ No operation of moving equipment.

_____ Right hand work only.   _____ Left hand work only.

_____ Keep wound clean and dry.

Other: _____

## FOLLOW-UP CARE/REFERRAL

_____ Discharge from medical care.

_____ Return to see Dr. Moss on: _____

_____ Referred for follow-up care to: _____

_____ Appointment scheduled for: _____

Additional comments: _Local reaction as well as fever and flu type sx is common after the shots. He had; advised to rest and _____ bed_

PHYSICIAN [signature]   DATE _1.29.05_

EXHIBIT _7_
PAGE _1_ of _1_