**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY ALASKA
600 RICHARDSON DRIVE #6300
FORT RICHARDSON, ALASKA 99505-6300

REPLY TO
ATTENTION OF:

APVR-RPTM-PO-UCC                                          03    Feb 05

MEMORANDUM FOR

SUBJECT: Refresher training (Mr. Mitchell)

1. On 3 Feb 05 at 0545L, Mr. Mitchell reported to duty. In an obviously agitated state Mr. Mitchell placed a work status letter from a doctor, Kirk Moss, in my face indicating Mr. Mitchell's medical status. I was involved with a shift changeover and told Mr. Mitchell I would review it once shift changeover was complete. About 5 minutes after changeover was complete, I looked at Mr. Mitchell's Doctors paperwork, while I was reading the paperwork he continued to badger me to allow him to take the Emergency Actions examination immediately and continued to repeat he was ready for the test. I told him we have to follow the refresher training process.

2. Mr. Mitchell insisted he had read the chapters concerning the questions he missed on the SAV conducted 2 Feb 05. It would be impossible for Mr. Mitchell to have read the EAP since he left the Command Center immediately following his counseling for his failure of the monthly examination. Mr. Mitchell only returned to the Command Center at 0530L February 2, 2005. The only way Mr. Mitchell could have reviewed the Emergency Actions procedure was to have taken a copy of a classified SECRET document from the Command Center.

3. I explained to Mr. Mitchell that he and I still had to cover the material concerning those questions missed and that it is not a "quick fix". I was able to calm Mr. Mitchell down and then he proceeded to study the Emergency Actions procedure Volume 1 at the desk.

4. After the confrontation concerning the refresher training, I was able to read the doctors letter he gave me completely. I noticed the doctor's letter stated the following: "Temporarily unable to resume work activities because such activity could place him/her or co-workers at risk." I looked up at Mr. Mitchell and stated that is not a good situation and that I will have to inform Mr. Dunn so console operations can be properly manned. I placed a call to Mr. Dunn at 0634L to state I needed to talk to him concerning manning. After the call I proceeded to read the Daily Brief for the current day while Mr. Mitchell continued studying the Emergency Actions book. After a few minutes, I turned to find Mr. Mitchell on the floor near the console carousel area going into what I believed to be convulsions. I immediately called the Fire Dept at 0640L to report a medical emergency. Emergency personnel arrived at 0645L and rendered assistance. At 0715L the attending Emergency Medical services personnel said that they were transporting him to Providence Hospital per his request. I contacted his girlfriend Ms. Robin Borner (sp). I relayed to her that he was being transported to Providence Hospital.

5. Ms. Borner (sp) called the Command Center back and said that Mr. Mitchell was not at Providence Hospital. I called the Fire Department back and they confirmed that during his

EXHIBIT _____ 8 _____
PAGE _____ 1 _____ of _____ 3

APVR-RPTM-PO
SUBJECT:

transport he was taken to Elmendorf Hospital instead of Providence. Very soon thereafter Ms. Borner (sp) called back using vulgarity and threatening language. She said that when she tried to gain access to the Elmendorf AFB gate she declared that she had a loaded weapon. The Security forces there would not allow her access onto Elmendorf and advised her to take the weapon home. She called back and made demands we could not accommodate her with. I referred her to my supervisor Mr. Dunn. Conversations between the Command Center personnel and Ms. Borner (sp) have been recorded.

David Moore
EA Senior Controller

EXHIBIT  8
PAGE  2  of  3

# INCIDENT REPORT

## PART I REPORTING AGENCY INFORMATION:

    A.  NAME/RANK: Mr. Hevelan
    B.  ORGANIZATION:  Ft. Richardson Fire Dept.
    C.  PHONE NUMBER:  384-0774

## PART II INCIDENT INFORMATION:

    A.  NAME: John Mitchell

    B.  RANK: GS-05

    C.  AGE:  49

    D.  SSN: 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

    E.  UNIT:  G-3 Operations (USARAK Command Center)

    F.  CATEGORY: Civilian

    G.  TYPE OF INCIDENT:  Seizure

    H.  DTG OF INCIDENT:  030640LFEB05

    I.  LOCATION OF INCIDENT:  Building 1, Ft. Richardson, Alaska

SUMMARY OF INCIDENT:   As reported by Mr. Moore USARAK Command Center; at 030640L a call was placed Ft. Richardson Fire Department for a medical emergency involving Mr. Mitchell at the Command Center. Emergency personnel arrived at 030645L and rendered medical assistance to Mr. Mitchell.

Update: As 030841L, received a call from the medical technician (Dale Ryerson) who assisted transporting Mr. Mitchell. The medical personnel transported Mr. Mitchell to Elmendorf AFB Emergency Room instead of Providence. He is currently being attended there.

## PART III NOTIFICATION PROCEDURES:

| UNIT | NAME | TIME | REMARKS |
|------|------|------|---------|
| OPS MGR | Mr. Dunn | 1006 | Notified |
| P & O | Mr. Pressley | 1006 | Email |
| SGS | MAJ Bilafer | 1006 | Email |
| G-3 | COL McClain | 1006 | Email |
| CSM | CSM Beam | 1006 | Email |

REPORT GENERATED BY: DAM