





EXHIBIT 9
PAGE 1 of 2



EXHIBIT 9
PAGE 2 of 2