

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT AGENCY
HEADQUARTERS, U.S. ARMY GARRISON, ALASKA
724 POSTAL SERVICE LOOP #6000
FORT RICHARDSON, ALASKA 99505-6000

REPLY TO
ATTENTION OF:

March 21, 2005

Equal Employment Opportunity Office

Mr. John R. Mitchell
P.O. Box 771765
Eagle River, AK 99577

Dear Mr. Mitchell:

In reference to your Fredom of Information Act (FOIA) Request, Control Number FA-05-0009, for a copy of all information pertaining an EEO Complaint you filed with Ms. Sandra Martinez on Monday, January 17, 2005 electronically along with all pertinent notes, emails, letters, or other documents or recordings.

This office, specifically Ms. Sandra Martinez, did not receive an informal EEO pre-complaint from you electronically or otherwise on January 17, 2005 or during this fiscal year.

If you wish to file an EEO informal pre-complaint of discrimination with this office, you may call me at 384-2080 to schedule an appointment.

Sincerely,

-Original Signed-

WANITA M. PRESSLEY
Acting, Equal Employment Manager

EXHIBIT 10
PAGE 1 of 1