

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY ALASKA
600 RICHARDSON DRIVE # 5000
FORT RICHARDSON, ALASKA 99505-5000



REPLY TO
ATTENTION OF:

Fort Richardson Freedom of Information Act Officer         Arpil 20, 2005

Mr. John R. Mitchell
P.O.Box 771765
Eagle River, AK 99577

Dear Mr. Mitchell
    The information you requested under the Privacy Act/Freedom of Information Act is enclosed. You will find a billing sheet for $550.50. Please make your check payable to Finance and Accounting Office, and forward it to the below address.

If I can be of further assistance, my address is listed below:

    Fort Richardson Freedom of Information Act Officer
    ATTN: Daniel V. Cox
    724 Postal Service Loop
    Fort Richardson, AK 99505-7100
    Phone (907) 384-2905, Fax (907) 384-0326

                      Sincerely

                      Gerald H. Miller
                      Lieutenant Colonel
                      Director of Information
                       Management

# RECORD OF FREEDOM OF INFORMATION (FOI) PROCESSING COST

*Please read instructions on back before completing form.*

**REPORT CONTROL SYMBOL:** DD-PA(A)1365

| 1. REQUEST NUMBER | 2. TYPE OF REQUEST (X one) | 3. DATE COMPLETED (YYYYMMDD) |
|---|---|---|
| FA 05-0008 | a. INITIAL ☐    b. APPEAL ☐ | |

| 4. CLERICAL HOURS (E-9/GS-8 and below) | TOTAL HOURS (1) | HOURLY RATE (2) | COST (3) |
|---|---|---|---|
| a. SEARCH | | | |
| b. REVIEW/EXCISING | | X  $20.00  = | |
| c. CORRESPONDENCE AND FORMS PREPARATION | | | |
| d. OTHER ACTIVITY | | | |

| 5. PROFESSIONAL HOURS (O-1 - O-6/GS-9-GS-15)/CONTRACTOR | TOTAL HOURS (1) | HOURLY RATE (2) | COST (3) |
|---|---|---|---|
| a. SEARCH | 4 | | 176.00 |
| b. REVIEW/EXCISING | 2 | X  $44.00  = | 88.00 |
| c. COORDINATION/APPROVAL/DENIAL | 2 | | 88.00 |
| d. OTHER ACTIVITY | 4 | | 176.00 |

| 6. EXECUTIVE HOURS (O-7 - GS-16/ES 1 and above) | TOTAL HOURS (1) | HOURLY RATE (2) | COST (3) |
|---|---|---|---|
| a. SEARCH | | | |
| b. REVIEW/EXCISING | | X  $75.00  = | |
| c. COORDINATION/APPROVAL/DENIAL | | | |

| 7. COMPUTER SEARCH | TOTAL HOURS (1) | HOURLY RATE (2) | COST (3) |
|---|---|---|---|
| a. MACHINE HOURS | | | |
| b. PROGRAMMER/OPERATOR TIME | | X    = | |
| (1) Clerical | | $20.00 | |
| (2) Professional | | $44.00 | |

| 8. OFFICE COPY REPRODUCTION | NUMBER (1) | RATE (2) | COST (3) |
|---|---|---|---|
| a. PAGES REPRODUCED | | X  .15  = | 22.50 |

| 9. MICROFICHE REPRODUCTION | NUMBER (1) | RATE (2) | COST (3) |
|---|---|---|---|
| a. MICROFICHE REPRODUCED | | X  .25  = | |

| 10. PRINTED RECORDS | TOTAL PAGES (1) | RATE (2) | COST (3) |
|---|---|---|---|
| a. FORMS | | | |
| b. PUBLICATIONS | | X  .02  = | |
| c. REPORTS | | | |

| 11. COMPUTER COPY | NUMBER (1) | ACTUAL COST (2) | COST (3) |
|---|---|---|---|
| a. TAPE | | | |
| b. PRINTOUT | | X    = | |

| 12. AUDIOVISUAL MATERIALS | NUMBER (1) | ACTUAL COST (2) | COST (3) |
|---|---|---|---|
| a. MATERIALS REPRODUCED | | X    = | |

### 13. FOR FOI OFFICE USE ONLY

| | | | |
|---|---|---|---|
| a. SEARCH FEES PAID | 176.00 | f. TOTAL COLLECTABLE COSTS | $550.50 |
| b. REVIEW FEES PAID | 88.00 | g. TOTAL PROCESSING COSTS | $550.50 |
| c. COPY FEES PAID | 22.50 | h. TOTAL CHARGED | $550.50 |
| d. TOTAL PAID | | i. FEES WAIVED/REDUCED (X one)   Yes ☐  No ☑ | |
| e. DATE PAID (YYYYMMDD) | | See Chapter 6, Fee Schedule, DoD 5400.7-R, to determine appropriate assessment of fees. | |

DD FORM 2086, MAY 2002    PREVIOUS EDITION IS OBSOLETE.



EXHIBIT 11
PAGE 3 of 3