### Shutt David L COL USARAK G7 Director

| | |
|---|---|
| From: | Tillmon Clifton WO1 59 SIG BN |
| Sent: | Thursday, July 14, 2005 7:13 AM |
| To: | Shutt David L COL USARAK G7 Director; Miller Gerald H LTC 59 SIG BN CDR |
| Cc: | Keel Daniel J CPT 59 SIG BN AKNOC OIC |
| Subject: | RE: email search |
| Importance: | High |
| Attachments: | Email Research; Follow-up Questions |

Sirs,

I reviewed Ms. Sandra Martinez account this morning and found no email messages from John R. Mitchell in her "Inbox". For the record, there are no e-mail messages prior to 8 Feb 05 contained in her "Inbox" and the "Sent Items" folder which had no history of outgoing messages from 29 Oct 04 - 31 Jan 05. All known mail addresses for Mr. Mitchell were used in the search.

v/r

WO1 TILLMON

---

**From:** Shutt David L COL USARAK G7 Director
**Sent:** Wednesday, July 13, 2005 4:41 PM
**To:** Keel Daniel J CPT 59 SIG BN AKNOC OIC
**Cc:** Tillmon Clifton WO1 59 SIG BN; Miller Gerald H LTC 59 SIG BN CDR; Santerre Elyce (Lisa) Chief, Civil Law OSJA
**Subject:** email search
**Importance:** High

Guys...the document provided to me from Mr. Mitchell reads:

From: John R. Mitchell (blacked out)...it appears to be something .net however
Sent: Monday, January 17, 2005 6:29 PM
To: Sandra Martinez
Cc: James T. Hirai; Paul Reoyo
Subject: EEO Complaint

There are three attachments.

Sorry I can't read the address—but this ought to be enough data.

Thanks.

EXHIBIT 12
PAGE 1 of 1

7/14/2005