Mr. Mitchell,
I finally got a copy of the FMLA papers from your lawyer's office Friday
afternoon, about the same time your email arrived. I need to find out
if these have already been forwarded to your supervisor or not? Thanks

Liz Carryer, R.N.  COHN-S
Occupational Health Nurse
Fort Richardson, AK

-----Original Message-----
From: John R. Mitchell [mailto:mitchelj@mtaonline.net]
Sent: Friday, February 25, 2005 9:59 AM
To: Carryer Elizabeth M FRA PMS OCC HLTH
Cc: Michael McDonough
Subject: FMLA Paperwork for John R. Mitchell
Importance: High

Dear Ms. Carryer,

Here is the paperwork we discussed earlier today pertaining to the Family
and Medical Leave Act. Thank you very much for all the assistance you have
given me.

Sincerely Yours,

John R. Mitchell

EXHIBIT 13
PAGE 1 of 1