**John R. Mitchell**

**From:** John R. Mitchell [mitchelj@mtaonline.net]
**Sent:** Saturday, February 05, 2005 11:57 PM
**To:** David A. Moore
**Subject:** Medical Notes


Doctors Stay Home Note.doc


ICU Stay Home Note.doc

Dave,

I have been ordered by my doctor to stay out of work and get rest until they have been able to determine the cause of my recent medical problem. I am not to return to work as per the enclosed notes until the doctor deems it advisable. I will not be taking any phone calls or visits except from family, medical personnel, and my legal advisor. This is because I am not to be stressed in any way.

Upon legal advice Robin will not be entering FT Richardson or telephoning anyone at the Command Center. I will keep you abreast of what is going on via e-mail or my attorney.

Due to the multiple medications that I am taking I am unable to operate a vehicle and since Robin will not enter the post my truck will be in the parking lot until I am able to drive safely. I have been informed that had this incident occurred while driving I could have placed both myself and other at risk.

Here is two notes one from Dr. Moffett from the Elmendorf ICU telling me not to return to work until 9 Feb 2005. The other note is from my primary care physician who is now responsible for my medical care. There are no dates on this letter because he is requesting more medical test that he is not sure when they will be completed and he does    t want me to be under any stress until all the medical test and consultations are completed.

I will let you know as soon as there is a change in my status.

I am cc'ing a copy of these medical notes to the FT Richardson Occupational Nurse and she will be kept in the loop. If she has any questions she is welcomed to call my home and speak to Robin.

A note to the Occupational Nurse. Please feel free to give Robin a call at my home 688-7610. I wish to keep you informed of my status so I can have a health care professional explain to my status to Operations Manager of the Command Center as he is incapable of understanding the last doctors note on his own. Also, please inform Mr. Dunn that I am covered by HEPA.

EXHIBIT 14
PAGE 1 of 1