## John R. Mitchell

**From:** John R. Mitchell [mitchelj@mtaonline.net]
**Sent:** Thursday, February 10, 2005 11:40 AM
**To:** James T. Hirai; Paul Reoyo; Elizabeth Carryer; Dunn Dennis USARAK G3 OPS MGR(n)
**Subject:** RE: Doctors Stay Home Note

Dennis,

This is Robin. John is still sleeping. We forwarded two notes. One from the ICU doctor and one from Dr. Moss, his private physician. The letter from Dr. Moss is not date oriented but but based on ascertaining his condition through testing. Unfortunately my psychic abilities in life so far are limited to sensing danger and not predicting the future so I can't give you a calendar date as to when John will be able to return. When his status changes you will be one of the first to know. Along with the Occupational nurse, Col. Reoyo and anyone else that need be notified.

Until then I am ORDERING all Army personnel to leave John alone to recover in peace. The last thing this man needs is more stress at this time. It was all fun and games until someone got hurt. Now it's time to act like adults and show enough respect to John to give him the time and space to get back to his fighting condition. Then he can go back and play with you Army guys in that GS-11 position the Colonel offered John and I had talked with Dave about a couple of weeks ago in Baghdad soon. He is still looking forward to that for some crazy reason and if the tests he is doing come out ok his doctors approve of it. Going to Iraq will be his decision and I must respect it. After he gets over this.

He may be seen in public from time to time but as you can see from his truck outside your door, I am the one driving due to John still being on meds that make it unsafe from his operating a vehicle. If Dave sees us out and would like to say hello, that is fine. I just don't want John stressed in anyway until we find out what exactly went wrong. I am very protective of John and I don't want another heart episode on your command center floor and I can't imagine you or the command would either.

Fair enough? Clear enough?

Robin

-----Original Message-----
**From:** Dunn Dennis USARAK G3 OPS MGR(n) [mailto:dennis.dunn@us.army.mil]
**Sent:** Thursday, February 10, 2005 7:53 AM
**To:** John R. Mitchell
**Cc:** Michael McDonough; Carryer Elizabeth M FRA PMS OCC HLTH
**Subject:** RE: Doctors Stay Home Note

John thanks for sending this to me, hope you get to feeling better soon.

David said he saw you in the Eagle River Post office parking lot Monday and wanted to stop to talk but the traffic was to bad. We've tried to call you to see how you were doing but got the answering machine.

The doctors note that you provided only stated that you would be out until the 9th, since we haven't heard from you since the 4th we are concerned for you welfare and are trying to ascertain when you might be coming back so that we can make the appropriate shift scheduling.

We all wish you a speedy recovery

-----Original Message-----
**From:** John R. Mitchell [mailto:mitchelj@mtaonline.net]
**Sent:** Wednesday, February 09, 2005 5:06 PM
**To:** David A. Moore; Carryer Elizabeth M FRA PMS OCC HLTH; Dunn Dennis USARAK G3 OPS MGR

2/10/2005

EXHIBIT 15
PAGE 1 of 1