IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL, )<br>)<br>      Plaintiff, )<br>)<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al., )<br>) | Case No. 3:05-cv-264-JWS |

### REQUEST FOR ORAL ARGUMENT

Plaintiff, JOHN MITCHELL, by and through his attorney, Joe P. Josephson, respectfully requests that the court set a date and time for oral argument with respect to the pending motion of the defendant, United States of America, for summary judgment or, alternatively, for dismissal, of this action.

DATED January 22, 2007.

s/ Joe P. Josephson
Josephson and Associates
912 West 6th Ave
Anchorage AK 99501
Tel: (907) 276-0151
Fax: (907) 276-0155
Email: jjosephson@aol.com
Alaska Bar No. 6102018

I hereby certify on the 22nd day of January, 2007, a copy of the foregoing Request for Oral Argument was served electronically on Frank Russo.

s/ Joe P. Josephson