NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>            Defendants. | Case No. 3:05-cv-00264-JWS<br><br>**QUALIFIED NON-OPPOSITION TO MOTION TO AMEND** |

By order at Docket 30, Plaintiff was given leave to amend his complaint to name the correct defendant to his ADEA claim.  Accordingly, Plaintiff has moved to amend and lodged his proposed amended complaint at Docket 31.

Defendants do not oppose Plaintiff's motion with the understanding that Plaintiff, through the wording of paragraph 19 of the amended complaint, is not

attempting to resurrect his claim for constructive termination claim. That claim was dismissed. See Docket 20 at 2-3, 6. Otherwise, Defendants oppose addition of that cause of action as exceeding the scope of this Court's order allowing amendment of Plaintiff's complaint.

Respectfully requested this 11th day of May, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007,
a copy of the foregoing **Qualified
Non-Opposition to Motion to Amend**
was served electronically on
Joe P. Josephson, Esq.

s/ Richard L. Pomeroy

Mitchell v. USA, et al.
Case No. 3:05-cv-00264-JWS

2