NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN MITCHELL,<br><br>          Plaintiff,<br><br>     v.<br><br>PETE GEREN,<br>     Acting Secretary of the Army,<br><br>          Defendant. | Case No. 3:05-cv-00264-JWS<br><br>**EXHIBIT LIST IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** |

**EXHIBIT LIST IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

Defendant, through counsel, files the attached exhibits and exhibit list in support of the instant Memorandum in Support of its Motion to Dismiss, or in the Alternative Motion for Summary Judgment.  Defendant submits the following exhibits:

Def. Ex. A.    Letter John Mitchell to Ms. Martinez, January 14, 2005

Def. Ex. B.    Affidavit of John Mitchell, dated December 19, 2006

Def. Ex. C.    Memorandum for Record, Elizabeth Carryer

Def. Ex. D.    Memorandum for Record, David A. Moore

| | |
|---|---|
| Def. Ex. E. | Memorandum-Mr. Dunn to Mr. Mitchell, February 2, 2005 |
| Def. Ex. F. | Declaration of David A. Moore |
| Def. Ex. G. | Mitchell Affidavit, April 9, 2006 |
| Def. Ex. H. | Note from Dr. Moss, Dated February 2, 2005 |
| Def. Ex. I. | E-mail from John Mitchell to David Moore, February 5, 2005 |
| Def. Ex. J. | Notice of Proposed Removal |
| Def. Ex. K. | Leave Letter from David Moore to John Mitchell, February 10, 2005 |
| Def. Ex. L. | Ninth Circuit Court Appeal Case, Whitman v. US |
| Def. Ex. M. | Job Description, Emergency Action Assistant |
| Def. Ex. N. | Conflicting Medical Note– February of 2005 |

Respectfully requested this 27th day of August, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2007, a copy of the foregoing EXHIBIT LIST IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT was served electronically on Joe P. Josephson, Esq.

s/ Richard L. Pomeroy

Mitchell v. Geren
Case No. 3:05-cv-00264-JWS               2