January 14, 2005

RE: Letter for Brigadier General Hirai

Ms. Sandra Martinez
Equal Employment Opportunity Manager
724 Postal Service Loop
Fort Richardson, Alaska 99505

Dear Ms. Martinez,

I am writing this letter to you at the request of Brigadier General Hirai. General Harai asked me to contact you because, I wrote a letter, to my supervisor Mr. Dennis J. Dunn, the Operations Manager of the USARAK Command Center.

In my letter I made references to my belief that Mr. Dunn is guilty of discrimination based upon my age and disability. I am 49 years of age and I have a 100% Disability based upon a Veterans Administration Disability Rating. I have a copy of my disability letter as attached as enclosure 1.

Mr. Dunn did hire me under the Veterans Readjustment Act but shortly after beginning to work at the command center Mr. Dunn began to make little comments directed at me about both my age and my disability.

Comments made to me are first once when we were moving some boxes with telephones in them I was assisting two of my coworkers by bring the boxes one at a time to where they where opening them up and verifying the serial numbers insuring all the accessories were in the box. When Mr. Dunn saw me do this he told me to set at the console and stay there because that was a job for "the sick, lame, and lazy." I did as I was told but I did not make a fuss about it. Later I had a coworker tell me that on several occasions Mr. Dunn has made comments like I exaggerated the extent of my injuries and even asked my coworker to start documenting how medication was affecting me shortly after returning to work after major surgery. My coworker also told me he believed that Mr. Dunn was sorry he hired me and thought that he was going to use how the pain killers I was forced to take as grounds to dismiss me from the job. Currently I am not taking any pain killers but other medication as I will describe below even though the chairs in the command center cause me a great deal of pain I will not make a complaint based upon personal convenience.

Mr. Dunn has also made several references pertaining to my age. These remarks pretty much the same to both my coworker and me. That it is pretty humiliating that at my age and with my education that I would be accept a GS-5 job. He also told my coworker that my last job was on the verge of firing me before I transferred to FT. Richardson.

ATTACHMENT 8

Because, of the way Mr. Dunn runs the command center through fear I will tell you my coworkers name off the record and ask you to interview him in that way. This man needs this job and is very fearful of Mr. Dunn as using the threat of firing is his style of management. I am sure he will talk to you but it must be done in a discrete manner as he is very fearful of his job.

When I was hired at the USARAK Command Center I was hired as a GS-5 but was told that the position was going to be upgraded to a GS-5, GS-7, GS-9 progression. To date nothing has been done but I did not make any complaints. However, during the November training meeting Mr. Dunn announced that the next GS-9 positions coming open would be going to Mr. Tom Anderson and the next GS-9 coming open would be going to Ms. Donna Sailor. Both Mr. Anderson and Ms. Sailor have been hired after I began working at the command center. He also announced that he was going to try and create either a 2100 or 2200 series Information Technology job in the command center. This job would be going to Mr. Kurt Doan a temporary hire. All three of these people worked for Mr. Dunn when they were in the Army. Mr. Doan had at one time told both myself and Mr. Moore that Mr. Dunn had promised him a GS-9 but he got caught on stop loss while in Korean and could not retire in time to take one of the jobs.

After the meeting I asked Mr. Dunn if I could be considered for the IT position coming open as I have a B.S. in Electronics Technology I was told no the job was going to Kurt. My immediate supervisor Mr. David A. Moore also asked Mr. Dunn if I could be considered for the job as I had the necessary qualifications but Mr. Dunn told Mr. Moore that in his opinion I was not qualified and would not even be considered.

After that I have been having a lot of back pain from tension and migraine headaches. A couple of weeks ago I wrote Mr. Dunn a list of my grievances and have cc'd a copy to the entire chain of command as well as our complete congressional delegation. I apologize that I did not think of sending you a copy as well but am willing to provide all the documentation to you if you would like.

Since filing my Congressional I have been really taking heat and have even been threatened with termination. But that is a problem the command needs to deal with and it is in their hands.

Respectfully,

John R. Mitchell

Enclosure (2):  VA Disability Letter
                Letter from BG Hirai