

DEPARTMENT OF THE ARMY
Fort Richardson Detachment
US Army Medical Detachment Activity
Preventive Medicine Department
600 Richardson Drive #7450
Fort Richardson, AK 99505-7450

MCUC-PM-OH-R

02 February 2005

MEMORANDUM FOR RECORD

SUBJECT: Phone Conversation Conference Call 27 Jan 2005

I was called at my office on 27 Jan 2005 about 1400 by Mr. David Moore, he was asking for an opinion about a patient being contagious after receiving multiple vaccinations. I inquired about the number and the type of vaccinations given and what problems the patient was experiencing. Mr. Moore connected us with a conference call to the patient, Mr. John Mitchell. After explaining that there was no way the patient was contagious, I went on to explain that he would probably suffer some adverse effects for having gotten so many vaccinations at the same time. I added that the fever the patient was currently suffering could last for several days and that he might not feel too good during that time. Mr. Moore remarked that he would just put Mr. Mitchell off duty until Monday. Mr. Mitchell replied that he thought he would probably be in on Saturday. Then, I added that I didn't know if he would be ready by then. At the end of the conversation, I understood that Mr. Mitchell was going to be off at least until Monday and then return to work only if his symptoms had abated.

*Elizabeth Carryer*

Elizabeth Carryer, R.N. COHN-S
Occupational Health Nurse
Fort Richardson, AK 99505