**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY ALASKA
600 RICHARDSON DRIVE #6300
FORT RICHARDSON, ALASKA 99505-6300

REPLY TO
ATTENTION OF:

APVR-RPTM-PO-UCC                                                                04 Feb 05

MEMORANDUM FOR RECORD

SUBJECT: Chronological recollection of the events 27 Jan – 3 Feb 05 as they pertain to Mr. Mitchell.

1. On 26 Jan 05 Mr. Mitchell showed up for work on his regularly scheduled day at the regularly scheduled time. He worked the entire shift and complained of being hot and cold. He completed his shift and did not indicate that he would not be able to perform his duties the following scheduled day.

2. On 27 Jan 05 at 0545, I was informed by Mr. Roberts at changeover that Mr. Mitchell will not be able to report to duty. Mr. Roberts stated that Mr. Mitchell's girlfriend, Robin, called in the evening to state that Mr. Mitchell was experiencing reactions to the shots he asked a health care provider to give him on Monday 24 Jan 05.

3. At 0704 27 Jan 05, I informed Mr. Dunn that Mr. Mitchell will not be in for duty. I explained to Mr. Dunn that he had a reaction to the shots he had take. I also told him that Mr. Mitchell's girlfriend called Mr. Roberts shift in the evening to report Mr. Mitchell's intention to stay home.

4. At 1405 27 Jan 05, Mr. Mitchell called to state he went to Providence Hospital because of a high fever. He was examined at the hospital and was told the shots received made him contagious. He also stated that Providence was checking to see if he was contagious from the shots and would call him back. He never called back to say that Providence called him.

5. At 1409 27 Jan 05, I called Mr. Dunn to inform him that Mr. Mitchell might be contagious based on the call I received. He instructed me to call Troop Medical Clinic Occupational Health nurse.

6. At 1434 27 Jan 05, I called the Occupational Health Section and spoke with Liz Carrier. I patched her by phone to Mr. Mitchell to evaluate Mr. Mitchell's condition. She told Mr. Mitchell he was not contagious but that a fever in connection with the shots he received is normal. During the conversation I asked Mr. Mitchell when he was returning. Mr. Mitchell said he would be in Saturday 29 Jan 05.

7. Mr. Mitchell never called Saturday 29 Jan 05 to state he was unable to report to duty. I called Mr. Dunn at 0900 29 Jan 05 to inform him that Mr. Mitchell did not show up for work. Mr. Dunn instructed me to call Mr. Mitchell and ask what his intentions were. I called Mr. Mitchell but talked to Robin, Mr. Mitchell's girlfriend. She stated he was not coming into work and said she had a note from Mr. Mitchell's doctor. Mr. Mitchell moments later got on the phone and

APVR-RPTM-PO
SUBJECT: Chronological recollection of the events 27 Jan – 3 Feb 05 as they pertain to Mr. Mitchell.

stated he forgot about the note and informed the Command Center he would not be in. After review of the Audio Log (a voice recording device), I could not find a conversation between the Command Center and Mr. Mitchell discussing not coming to work.

8. 2 FEB 05 The USARAK Command Center was to undergo a scheduled Staff Assistance Visit by Alaskan Command staff assistance team. The Emergency Action Controllers of the USARAK Command Center were informed the prior month that on 2 FEB 05 the monthly examination would be administered by the ALCOM team. All controllers studied and were prepared for the examination. At 0700 the normally scheduled training meeting began with local procedures and the SAV team arrived at or about 0745. Introduction of the team was made and all controllers were asked if they were ready. All controllers to include Mr. Mitchell took the examination. Once all the controllers had completed their examinations the SAV team graded them. The SAV team handed Mr. Dunn two failure examinations they were Ms. Donna Sailor and Mr. John MitchellMr. Dunn asked the two of them into his office and as Mr. Mitchell passed me he said "I fucked you". On closer scrutiny Ms. Sailor did not fail and was dismissed leaving only Mr. Mitchell. I went into Mr. Dunn's office with Mr. Mitchell, Mr. Dunn counseled Mr. Mitchell on failing and gave him a pep talk on the refresher training and reassured Mr. Mitchell that he was pretty sure that he could recover from this with a little training. He also told Mr. Mitchell that passing the exam and maintaining certification was a condition of employment. Mr. Mitchell acknowledged that. Following that Mr. Dunn gave Mr. Mitchell a counseling Memorandum for record stating intent to annotate AWOL on his time sheet for failure to notify his supervisor that he would not be present for work the morning of 28 JAN 05. Mr. Mitchell stated that he wished to appeal his AWOL to Mr. Dunn's supervisor Mr. Pressley. Mr. Dunn acknowledged his right to appeal and Mr. Mitchell left the building.

9. 3 FEB 05 Mr. Mitchell arrived to work at 0530 and spoke with Mr. Dean Shoffner until I got to work at 0545. Mr. Mitchell was in an agitated state shoved a work status letter from a doctor, Kirk Moss, in my face indicating his medical status. I was involved with a shift changeover and told Mr. Mitchell I would review it once shift changeover was complete. About 5 minutes later I looked at Mr. Mitchell's Doctors paperwork, while I was reading the paperwork he continued to badger me to allow him to take the Emergency Actions examination immediately and continued to repeat he was ready for the test. I told him we have to follow the refresher training process.

10. Mr. Mitchell insisted he had read the chapters concerning the questions he missed on the SAV conducted 2 Feb 05. It would be impossible for Mr. Mitchell to have read the EAP since he left the Command Center immediately following his counseling for his failure of the monthly examination. Mr. Mitchell only returned to the Command Center at 0530 February 2, 2005.

APVR-RPTM-PO
SUBJECT: Chronological recollection of the events 27 Jan – 3 Feb 05 as they pertain to Mr. Mitchell.

11. I explained to Mr. Mitchell that he and I still had to cover the material concerning those questions missed and that it is not a "quick fix". I was able to calm Mr. Mitchell down and then he proceeded to study the Emergency Actions procedure Volume 1 at the desk.

12. After the confrontation concerning the refresher training, I was able to read the doctors letter he gave me completely. I noticed the doctor's letter stated the following: "Temporarily unable to resume work activities because such activity could place him/her or co-workers at risk." I looked up at Mr. Mitchell and stated that is not a good situation and that I will have to inform Mr. Dunn so console operations can be properly manned. I placed a call to Mr. Dunn at 0634 to state I needed to talk to him concerning manning. After the call I proceeded to read the Daily Brief for the current day while Mr. Mitchell continued studying the Emergency Actions book. After a few minutes, I turned to find Mr. Mitchell on the floor near the console carousel area going into what I believed to be convulsions. I immediately called the Fire Dept at 0640 to report a medical emergency. Emergency personnel arrived at 0645 and rendered assistance. At 0715 the attending Emergency Medical services personnel said that they were transporting him to Providence Hospital per his request. I contacted his girlfriend Ms. Robin Boerner (sp). I relayed to her that he was being transported to Providence Hospital.

*[signature: David Moore]*

David Moore
EA Senior Controller

Distribution:
Individuals concerned