

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY ALASKA
600 RICHARDSON DRIVE #6300
FORT RICHARDSON, ALASKA 99505-6300

REPLY TO
ATTENTION OF:

APVR-RPTM-PO                                                                 2 February 2005

MEMORANDUM FOR RECORD

SUBJECT: Counseling for Mr. John Mitchell regarding sick leave procedure and record of intent to annotate AWOL on timesheet for the 29th of February 2005.

1. On Saturday 29 February 2005 0600 – 1800 your regularly scheduled tour of duty you were absent without leave (AWOL).

2. You failed to contact your supervisor and inform him of your whereabouts or status. At or about 0900 hours Mr. Moore contacted me at home and I advised him to call you at home to ascertain your intention.

3. Your AWOL is not acceptable and is basis for formal reprimand, suspension, or removal.

4. During the next 90 day period 2 February 2005 to 4 May 2005 you will be required to provide medical proof of illness for every approved absence. You are also responsible to personally contact your supervisor or senior rater as soon as possible but not later than the commencement of the daily tour of duty to request approval of sick leave.

5. Point of contact this memo is the undersigned at 384-2188.

Dennis Dunn
USARAK G-3 Operations Manager

Employee Initials

DISTRIBUTION:
Individuals Concerned