**Kirk T. Moss, MD., P.C.**
11432 Business Blvd. Eagle River, AK. 99577
phone (907) 694-1300 fax (907) 694-1315

Date seen: _____2-2-05_____

Patient Name: _____JOHN    MITCHELL_____

Employer: _____

## WORK STATUS

_____ May resume REGULAR work activities immediately.

_____ May resume MODIFIED work activities immediately.

__✓__ Temporarily unable to resume any work activities because such activity could place him/her or co-workers at risk.

The period of disability: FROM __2-2-05__ TO __2-5-05__

To be determined by referral doctor: _____

May resume REGULAR activity on: _____

May resume MODIFIED activity on: _____

_____ Presently unable to determined work date.

## WORK LIMITATIONS

_____ Lifting, pushing, pulling not to exceed _____ pounds.

_____ Bending or twisting not to exceed _____ times per hour.

_____ Sitting job only.     _____ No climbing or overhead work.

_____ No operation of moving equipment.

_____ Right hand work only.     _____ Left hand work only.

_____ Keep wound clean and dry:

Other: _____

## FOLLOW-UP CARE/REFERRAL

_____ Discharge from medical care.

_____ Return to see Dr. Moss on: _____

_____ Referred for follow-up care to: _____

_____ Appointment scheduled for: _____

Additional comments: _____

_[signature]_        __2-2-05__
PHYSICIAN              DATE

ATTACHMENT 5