Message

**Kirk T. Moss, MD., P.C.**
11432 Business Blvd, Eagle River, AK 99577
phone (907) 694-1300 fax (907) 694-1315

Date seen: 2.5.05

Patient Name: John Mitchell

Employer: _____

### WORK STATUS

___ May resume REGULAR work activities immediately.

___ May resume MODIFIED work activities immediately.

✓ Temporarily unable to resume any work activities because such activity could place him/her or co-workers at risk.

The period of disability: FROM ___ TO ___

To be determined by referral doctor: requires event monitor to check for cardiac arrhythmias

May resume REGULAR activity on: _____

May resume MODIFIED activity on: _____

___ Presently unable to determined work date.

### WORK LIMITATIONS

___ Lifting, pushing, pulling not to exceed ___ pounds.

___ Bending or twisting not to exceed ___ times per hour.

___ Sitting job only.   ___ No climbing or overhead work.

___ No operation of moving equipment.

___ Right hand work only.   ___ Left hand work only.

___ Keep wound clean and dry.

Other: _____

### FOLLOW-UP CARE/REFERRAL

___ Discharge from medical care.

___ Return to see Dr. Moss on: _____

✓ Referred for follow-up care to: Ak cardiac institute

___ Appointment scheduled for: _____

Additional comments: _____

PHYSICIAN   DATE 2.5.05

3/29/2005

AF FORM 781, JUN 96
(Prescribed earlier edition may be used)

**MULTIPLE ITEM PRESCRIPTION**

| | Strength | Amount | Directions | |
|---|---|---|---|---|
| Mr. John Mitchell was admitted to 3rd Medical Group Hospital 3 Feb 2005 to 4 Feb 2005. He should not return to work until 7 Feb 2005. | | | | |

Physician's Signature: Taylor Moffett, MD
Printed Name, Grade, Branch of Service, and Facility:
Taylor Moffett, Capt
Department of Veterans Affairs
DSN: [illegible]
[illegible]
U.S. Govt.

Date: 2/4/05

☆ U.S. GOVERNMENT PRINTING OFFICE 1996 401-844

3- 4 Feb