**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JOHN MITCHELL,
    Plaintiff,

Case Number 3:05-cv-00264-JWS

v.

UNITED STATES OF AMERICA, et al,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is dismissed with prejudice.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: October 2, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack
Ida Romack, Clerk of Court

[305cv264JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}