Joe P. Josephson,
Attorney for Plaintiff,
Josephson Law Offices LLC
912 West 6th Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Alaska Bar No. 6102018
_____

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

_____
JOHN MITCHELL,            )
                          )
    Plaintiff,            )
                          )
  V.                      )
                          )
HONORABLE PETE            )
GEREN, Secretary          )
Of the United States      )
Army, Department          )
of Defense, United        )
States of America,        )
                          )
    Defendant.            )   Case No. 3:05-cv-00264 (JWS)
_____)

**AFFIDAVIT OF ANDREA WILLIAMS**

United States of America  )
                          ) ss.
State of Alaska

　　Andrea Williams, being first duly sworn, deposes and says:

　　1. I am employed by Josephson Law Offices LLC, formerly Josephson & Associates, P. C.

　　2. I began work at this office on October 1, 2007.

　　3. The plan was that between October and January, the

PDF created with pdfFactory Pro trial version www.pdffactory.com

person I was hired to replace, Mr. Rushi Lerman-Tan, and Mr. Josephson as well, would train me because I had not previously worked in a law office.

4. Soon after I started I noted that an e-mail message had been sent to Mr. Lerman-Tan's e-mail address from the District Court.  I noted the reference to a "judgment".  I asked Mr. Lerman-Tan about that message and he said "Don't worry about it; it's not important.

5. To the best of my knowledge, the existence of that e-mail message was not disclosed to Mr. Josephson, who discovered it today when he directed me to provide him with a print-out of all activity in the case historical docket.

6. As a result of this event, I have been instructed to take steps so that all electronic notices from the Court go to Mr. Josephson's own e-mail address, which was not true in 2007.

DATED January 15, 2008.

       ____/s/Andrea Williams_____
       Andrea Williams

Subscribed and sworn to before me, a Notary Public in and for Alaska, this 15th day of January, 2008.

       __/s/Joe P. Josephson_____
       My commission expires: _____

Affidavit of Andrea Williams, page 2 of 2 pages

PDF created with pdfFactory Pro trial version www.pdffactory.com

Case 3:05-cv-00264-JWS    Document 43    Filed 01/15/2008    Page 3 of 3

PDF created with pdfFactory Pro trial version www.pdffactory.com