```
Joe P. Josephson,
Attorney for Plaintiff,
Josephson Law Offices LLC,
912 West 6th Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Alaska Bar No. 6102018
```
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
_____
JOHN MITCHELL,              )
                            )
     Plaintiff,             )
                            )
  v.                        )
                            )
HONORABLE PETE GEREN,       )
Secretary of the Army,      )
                            )
     Defendant.             )   Case No. 3:05-cv-00264-JWS
_____)
```

## REQUEST FOR RULING

Plaintiff, John Mitchell, by and through his attorney, Joe P. Josephson, respectfully requests a ruling by the United States District Court on his motion to reopen the time for appeal or to vacate and re-enter the judgment of dismissal.

Plaintiff's motion was filed on January 15, 2008. (Docket 42). The defendant filed opposition to the motion on January 23, 2008. (Docket 44). Plaintiff's response was filed on February 21, 2008. (Docket 46). Thus, each party has presented argument and authorities for the consideration of the Court.

PDF created with pdfFactory Pro trial version www.pdffactory.com

A review of the Docket Report shows no filings and no action since the plaintiff's filing at Docket 46, and the Court has not requested additional briefing or oral argument.

In light of this case history, a ruling is requested.

DATED April 11, 2008, at Anchorage, Alaska.

Respectfully Submitted:

\_\_\_\_/s/ Joe P. Josephson_____
Joe P. Josephson
Alaska Bar Number 6102018
Attorney for Plaintiff
912 West 6th Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

Certificate of Service:

I certify that this document was transmitted on April 11, 2008, electronically, to Assistant U. S. Attorney Richard Pomeroy, c/o U. S. Attorney, Anchorage, Alaska.

/s/ Joe P. Josephson

*Mitchell v. Geren*, Case No. 3:05-cv-000254-JWS, Request for Ruling, page 2

PDF created with pdfFactory Pro trial version www.pdffactory.com

PDF created with pdfFactory Pro trial version www.pdffactory.com