IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
JOHN MITCHELL,            )
                          )
    Appellant,            )
                          )
    V.                    )
                          )
PETE GEREN,               )
Secretary of the          )
Army,                     )
                          )
    Appellee.             )   U.S.Dist.Ct. File No. 3:05-cv-00264 JWS
_____)

## NOTICE OF APPEAL

Notice is hereby given that JOHN MITCHELL, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order entered in this action on May 6, 2008, by the Honorable John W. Sedwick, District Judge, by which the District Court declined to grant plaintiff relief pursuant to Federal Rule of Appellate Procedure 4, or, alternatively, Federal Rule of Civil Procedure 60 so as to permit the plaintiff to appeal from a judgment entered on October 2, 2007.

DATED July 7, 2008, at Anchorage, Alaska.

_/s/ Joe P. Josephson_____
Joe P. Josephson
Attorney for plaintiff
912 West 6th Avenue,
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

PDF created with pdfFactory Pro trial version www.pdffactory.com

PDF created with pdfFactory Pro trial version www.pdffactory.com