UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  <u>Mitchell v United States of America et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  <u>JOHN W. SEDWICK-3:05-cv-00264-JWS</u>
Date Complaint Filed:  11/09/05
Date Appealed Order *entered*:  5/6/08
Date NOA *filed*:  <u>7/7/08</u>
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number:  <u>None,</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  _       Date Docket Fee billed:  _
Date FP granted:  _            Date FP denied:  _
Is FP pending?  _no            Was FP Limited/Revoked?
US Government Appeal?   _no    Companion Cases?  Please list:  _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:

**Joseph P. Josephson**               **Richard L. Pomeroy**
Josephson and Associates              U.S. Attorney's Office (Anch)
912 West 6th Avenue                   222 West 7th Avenue, #9
Anchorage, AK 99501                   Anchorage, AK 99513


  <u>X</u> retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  _        Address:  _
Custody:  _            Bail:  _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  _        9th Circuit Docket Number:  _

Name and phone number of person completing this form:  __Nancy Lealaisalanoa-907-677-6122